UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No. 3:21-mj-285-HTC

Date: August 16, 2021
Time: 1:59 p.m. - 2:05 p.m.

DOCKET ENTRY: INITIAL APPEARANCE ON AN INDICTMENT IN ANOTHER DISTRICT

PRESENT:

| | |
|---|---|
| Honorable **Hope Thai Cannon**, | U.S. Magistrate Judge |
| Keri Igney, | Deputy Clerk |
| PNS Recorder, | Court Reporter |
| Ryan Love, | Asst. U. S. Attorney |
| Randall Lockhart, | Defense Attorney |
| None | Interpreter |
| Rebecca Lee, | Probation Officer |

**Name of Defendant: GISELA CASTRO MEDINA**,
Warrant from District of Minnesota, Case No. 21-cr-173 WMW/DTS
☒Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒ Defendant advised that he/she is before a United States Magistrate Judge.

☒ Defendant advised of alleged charge(s) against him/her.

☒ Defendant advised not to make any statement before consulting an attorney.

☒ Defendant advised of his/her right to hire counsel or have counsel appointed.

☐ Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☐ Defendant appointed the services of the Federal Public Defender in PNS for limited purpose of IA and hearings in this district. (see separate order)

☐ Defendant declined to complete CJA Form 23, and was advised that should she/he subsequently change her/his mind, she/he should file a CJA 23 with Clerk of Court.

☒ Defendant advised she/he will hire his own counsel.

☒ Defendant advised of her/his right to reasonable bail.

☒ Government moves for detention.

☒ Defendant advised of right under Rule 20 to plead guilty or nolo contendere in this district and waive a trial if the US attorneys in both districts consent.

☒ Defendant waived identity hearing and stated full name and date of birth on the record.

☒ Defendant advised and **WAIVED** the Detention Hearing in this district.

☐ Detention hearing and identity hearing set for Click or tap to enter a date. by separate order and defendant temporarily detained.

☐ Defendant committed to the Click or tap here to enter text., by separate order.

☐ Initial Appearance hearing set for Click or tap to enter a date. before Judge Click or tap here to enter text. at Click or tap here to enter text.

☐ Defendant released on conditions and directed to voluntarily appear at the initial appearance hearing set forth above.

**NOTES**:

The Government moves to unseal the Indictment. Motion granted. Clerk is directed to unseal the Indictment.

The Government announces for the record parents/guardians of the victims and some victims in this case have attended this hearing via electronic teleconferencing.

Filed in open Court
August 16, 2021
CRD: kli